

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | 08cv2853 |
|---|---|
| LELAND SORENSON, Plaintiff vs. | JUDGE CASTILLO |
| | MAG. JUDGE VALDEZ |

OFFCIER JERRY JELINEK, OFFICER JAMES CAMPBELL, and the VILLAGE OF WILLOW SPRINGS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LELAND SORENSON

**MAY 1 6 2008**
**FILED**
J.N   MAY 1 6 2008

| NAME (Type or print) | MICHAEL W. DOBBINS |
|---|---|
| CHERYL SCHROEDER | CLERK, U.S. DISTRICT COURT |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Cheryl Schroeder |

| FIRM |
|---|
| ETTINGER, BESBEKOS & SCHROEDER |

| STREET ADDRESS |
|---|
| 12413 S. HARLEM AVE, SUITE 203 |

| CITY/STATE/ZIP |
|---|
| PALOS HEIGHTS, ILLINOIS 60463 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6202312 | 708-923-0368 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐