# United States District Court for the Northern District of Illinois

Case Number: 08CV2853        Assigned/Issued By: J. N.

Judge Name: CASTILLO        Designated Magistrate Judge: VALDEZ

## FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350        Receipt #: 4624002669

Date Payment Rec'd: 5-16-08        Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

3  Original and  3  copies on  5-16-08  as to  ALL DEFENDANTS
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05