# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Leland Sorenson v. Jerry Jelinek, et. al.     08 C 2853

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leland Sorenson

| | |
|---|---|
| NAME (Type or print) <br> Michael D. Ettinger | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael D. Ettinger | |
| FIRM Ettinger, Besbekos & Schroeder, P.C. | |
| STREET ADDRESS    12413 S. Harlem Avenue, Suite 203 | |
| CITY/STATE/ZIP Palos Heights, Illinois 60463 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0757268 | TELEPHONE  NUMBER <br> 708-923-0368 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?                    YES  X          NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐        NO X☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES X  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES  X      NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL X☐        APPOINTED COUNSEL ☐ | |