*HHN*

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LELAND SORENSON

V.

OFFICER JERRY JELINEK, OFFICER JAMES CAMPBELL, and the VILLAGE OF WILLOW SPRINGS

CASE NUMBER: **08C 2853**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Village of Willow Springs
One Village Circle
Willow Springs, Illinois 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cheryl Schroeder
Ettinger, Besbekos & Schroeder
12423 S Harlem Ave, Suite 203
Palos Heights, Illinois 60463

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAY 1 6 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/19/08 |
| NAME OF SERVER (PRINT) Laura Pohl | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Village of Willow Springs, One Village Circle, Willow Springs, IL 60480

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
JUN 0 3 2008   NF
6-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
         Date        Signature of Server  Laura Pohl

4647 W. 103rd St., #1B
Oak Lawn, IL 60453
Address of Server

"OFFICIAL SEAL"
LISA CONNOLLY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/30/2010

Lisa Connolly

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.