AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

LELAND SORENSON

CASE NUMBER: **08C 2853**

V.

ASSIGNED JUDGE: **JUDGE CASTILLO**

OFFICER JERRY JELINEK, OFFICER JAMES CAMPBELL, and the VILLAGE OF WILLOW SPRINGS

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Officer James Campbell
Willow Springs Police Department
8255 Willow Springs Road
Willow Springs, Illinois 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cheryl Schroeder
Ettinger, Besbekos & Schroeder
12423 S Harlem Ave, Suite 203
Palos Heights, Illinois 60463

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

MAY 1 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/24/08 |
| NAME OF SERVER (PRINT) LAURA POHL | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: P.O. James Campbell, Willow Springs Police Dept., 8255 Willow Springs Road, Willow Springs, IL 60480

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
JUN 03 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/24/08
Date

Signature of Server: Laura Pohl

Address of Server: Metro Service
4647 W. 103rd Street, 1E
Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.