## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LELAND SORENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **08 C 2853** |
| | ) | |
| OFFICER JERRY JELINEK, | ) | JUDGE CASTILLO |
| OFFICER JAMES CAMPBELL, and | ) | |
| THE VILLAGE OF WILLOW SPRINGS, | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES AND FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING

NOW COME the Defendants, OFFICER JERRY JELINEK, OFFICER JAMES CAMPBELL, and THE VILLAGE OF WILLOW SPRINGS, by and through their attorneys, QUERREY & HARROW, LTD., and hereby move this Court for an Order granting them leave to file additional appearances and an additional 20 days to file an answer or other responsive pleading. In support thereof, Defendants state as follows:

1. On or about May 16, 2008, the Plaintiff filed this action in the United States District Court of the Northern District of Illinois based upon claims for deprivation of Plaintiff's rights under the Fourth and Fourteenth Amendments to the U.S. Constitution, brought under 42 U.S.C. §1983.

2. On or about May 20, 2008, Attorney Michael J. McGrath of Odelson & Sterk, Ltd. filed his appearance on behalf of the Village of Willow Springs.

3. The firm of Querrey & Harrow, Ltd. has recently received assignment of the defense of Defendants Officer Jelinek, Officer Campbell, and the Village of Willow Springs in this matter.

4. In order to properly investigate the claims set forth in Plaintiffs' Complaint and respond to the same, Defendants Officer Jelinek, Officer Campbell, and the Village of Willow Springs request an enlargement of time to answer or otherwise plead.

5.	Further, Defendants Officer Jerry Jelinek, Officer James Campbell, and the Village of Willow Springs respectfully request leave for QUERREY & HARROW, LTD. to file additional appearances in this matter on their behalf.

6.	Allowance of this Motion will not prejudice any party to this matter.

7.	Plaintiff's counsel was contacted regarding this motion and has no objection to an Order granting the relief requested.

WHEREFORE, Defendants Officer Jerry Jelinek, Officer James Campbell, and the Village of Willow Springs respectfully request that this Court enter an Order granting their Motion for Leave to File Additional Appearances and For An Enlargement of Time to File Their Answer or Other Responsive Pleading 20 days or until June 30, 2008.

Respectfully submitted,

/s/ Stacey McGlynn Atkins
Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois 60604
312-540-7000
Attorneys for Defendants
Officer Jerry Jelinek, Officer James Campbell and the Village of Willow Springs