## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LELAND SORENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **08 C 2853** |
| | ) | |
| OFFICER JERRY JELINEK, | ) | JUDGE CASTILLO |
| OFFICER JAMES CAMPBELL, and | ) | |
| THE VILLAGE OF WILLOW SPRINGS, | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

On **Tuesday, June 17, 2008** at **9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable    Judge Ruben Castillo, Room 2141**, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES AND FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING"**

                                        **Respectfully Submitted**

                                    BY:  /s/ Stacey McGlynn Atkins
                                            Stacey McGlynn Atkins

Paul A. Rettberg, Esq.
Stacey McGlynn Atkins, Esq.
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on June 10, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

> **Attorney For Plaintiff**
> Cheryl Schroeder
> Ettinger, Besbekos & Schroeder
> 12423 South Harlem Avenue
> Suite 203
> Palos Heights, Illinois 60463

      By: /s/ Stacey McGlynn Atkins