UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| LELAND SORENSON,       ) | |
|                       ) | |
|      Plaintiff,       ) | |
|   v.                  ) | 08 C 2853 |
|                       ) | |
| OFFICER JERRY JELINEK, ) | JUDGE CASTILLO |
| OFFICER JAMES CAMPBELL, and ) | |
| THE VILLAGE OF WILLOW SPRINGS, ) | MAGISTRATE JUDGE VALDEZ |
|                       ) | |
|      Defendants.      ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Officer Jerry Jelinek and Officer James Campbell**

| NAME | **Paul A. Rettberg** |
|---|---|
| SIGNATURE | **s/ Paul A. Rettberg** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2318938 | TELEPHONE NUMBER<br>(312) 540-7040 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES   **X**   NO |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES         NO  **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES   **X**   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES   **X**   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                                APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on the 11th day of June, 2008, the foregoing **Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

>Mr. Michael D. Ettinger
>Ettinger, Besbekos & Schroeder, P.C.
>12413 S. Harlem Avenue
>Suite 203
>Palos Hills, Illinois 60463

>>/ s Paul A. Rettberg
>>Paul A. Rettberg

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com