UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | | |
|---|---|---|
| In the Matter of | | Case |
| LELAND SORENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08 C 2853 |
| | ) | |
| OFFICER JERRY JELINEK, | ) | JUDGE CASTILLO |
| OFFICER JAMES CAMPBELL, and | ) | |
| THE VILLAGE OF WILLOW SPRINGS, | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| Defendants. | ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Officer Jerry Jelinek and Officer James Campbell**

| | |
|---|---|
| NAME | **Stacey McGlynn Atkins** |
| SIGNATURE | **s/ Stacey McGlynn Atkins** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6279188** | TELEPHONE NUMBER **(312) 540-7000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO    **X** ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO    **X** ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES          NO    **X** ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES     NO   **X** ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL                           APPOINTED COUNSEL ||

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 11th day of June, 2008, the foregoing **Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

>Mr. Michael D. Ettinger
>Ettinger, Besbekos & Schroeder, P.C.
>12413 S. Harlem Avenue
>Suite 203
>Palos Hills, Illinois 60463

>   /s/ Stacey McGlynn Atkins__
>        Stacey McGlynn Atkins

Stacey McGlynn Atkins
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: satkins@querrey.com