UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| LELAND SORENSON,  )  <br>  ) <br>  Plaintiff,  ) <br>  v.  ) <br>  ) <br> OFFICER JERRY JELINEK,  ) <br> OFFICER JAMES CAMPBELL, and  ) <br> THE VILLAGE OF WILLOW SPRINGS,  ) <br>  ) <br>  Defendants.  ) | 08 C 2853 <br><br> JUDGE CASTILLO <br><br> MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Officer Jerry Jelinek and Officer James Campbell**

| | |
|---|---|
| NAME | **Chloé Woodard** |
| SIGNATURE | **s/ Chloe Woodard** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **6294128** | TELEPHONE NUMBER <br> **(312) 540-7000** |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES             NO    **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES             NO    **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES             NO    **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES    NO   **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                            APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 11th day of June, 2008, the foregoing **Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

>Mr. Michael D. Ettinger
>Ettinger, Besbekos & Schroeder, P.C.
>12413 S. Harlem Avenue
>Suite 203
>Palos Hills, Illinois 60463

>/s Chloé Woodard
>Chloé Woodard

Chloé Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: cwoodard@querrey.com