**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Leland Sorenson
                        Plaintiff,

v.                                                   Case No.: 1:08−cv−02853
                                                 Honorable Ruben Castillo

Jerry Jelinek, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' motion for leave to file additional appearances and for enlargement of time to file an answer or responsive pleading [11] is granted. All defendants are given until 6/30/2008 to answer or otherwise plead to the complaint. Motion hearing set for 6/17/2008 is vacated. Status report filing date of 7/18/2008 and settlement conference set for 7/23/2008 at 4:30 p.m. will stand.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.