UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| LELAND SORENSON, | |
| Plaintiff, | |
| v. | 08 C 2853 |
| OFFICER JERRY JELINEK, | JUDGE CASTILLO |
| OFFICER JAMES CAMPBELL, and | |
| THE VILLAGE OF WILLOW SPRINGS, | MAGISTRATE JUDGE VALDEZ |
| Defendants. | |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF WILLOW SPRINGS**

| NAME | Paul A. Rettberg |
|---|---|
| SIGNATURE | s/ Paul A. Rettberg |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2318938 | TELEPHONE NUMBER (312) 540-7040 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES   X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES         NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES   X   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 13th day of June, 2008, the foregoing **Additional Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

>Mr. Michael D. Ettinger
>Ettinger, Besbekos & Schroeder, P.C.
>12413 S. Harlem Avenue
>Suite 203
>Palos Hills, Illinois 60463

>/ s Paul A. Rettberg
>Paul A. Rettberg

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com