UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| LELAND SORENSON, )<br><br>  Plaintiff, )<br>v. )<br> )<br>OFFICER JERRY JELINEK, )<br>OFFICER JAMES CAMPBELL, and )<br>THE VILLAGE OF WILLOW SPRINGS, )<br> )<br>  Defendants. ) | 08 C 2853<br><br>JUDGE CASTILLO<br><br>MAGISTRATE JUDGE VALDEZ |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF WILLOW SPRINGS**

| NAME | Chloé Woodard |
|---|---|
| SIGNATURE | s/ Chloe Woodard |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294128 | TELEPHONE NUMBER<br>(312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES        NO   X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES        NO   X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES        NO   X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES     NO   X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                              APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 13th day of June, 2008, the foregoing **Additional Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

> Mr. Michael D. Ettinger
> Ettinger, Besbekos & Schroeder, P.C.
> 12413 S. Harlem Avenue
> Suite 203
> Palos Hills, Illinois 60463

> /s Chloé Woodard
> Chloé Woodard

Chloé Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: cwoodard@querrey.com