UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| LELAND SORENSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 08 C 2853 |
| ) | |
| OFFICER JERRY JELINEK, ) | JUDGE CASTILLO |
| OFFICER JAMES CAMPBELL, and ) | |
| THE VILLAGE OF WILLOW SPRINGS, ) | MAGISTRATE JUDGE VALDEZ |
| ) | |
| Defendants. ) | |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF WILLOW SPRINGS**

| NAME | Jason S. Callicoat |
|---|---|
| SIGNATURE | s/Jason S. Callicoat |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6285863 | TELEPHONE NUMBER (312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES    NO  X ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES    NO  X ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO  X ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES    NO  X ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL                    APPOINTED COUNSEL ||

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 13th day of June, 2008, the foregoing **Additional Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

>Mr. Michael D. Ettinger
>Ettinger, Besbekos & Schroeder, P.C.
>12413 S. Harlem Avenue
>Suite 203
>Palos Hills, Illinois 60463

>/s Jason S. Callicoat
>Jason S. Callicoat

Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: jcallicoat@querrey.com