50745-RET

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LELAND SORENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No. 08-C-2853 |
| | ) | |
| OFFICER JERRY JELINEK, | ) | Judge Castillo |
| OFFICER JAMES CAMPBELL, and | ) | |
| THE VILLAGE OF WILLOW SPRINGS, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE THAT on** June 30, 2008**,** we filed with The United States District Court for the Northern District of Illinois, Eastern Division, the following documents, a copy of each which accompanies this Notice and is herewith served upon you:

### ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

By */s/ Jason S. Callicoat*
One of its attorneys

Paul A. Rettberg.
Jason S. Callicoat
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on **June 30, 2008**, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

      **Attorney For Plaintiff**
      Cheryl Schroeder
      Ettinger, Besbekos &
       Schroeder
      12423 South Harlem Avenue
      Suite 203
      Palos Heights, Illinois 60463

By: */s/Jason S. Callicoat*

Document #: 1338657