IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELAND SORENSEN, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | **Case No.: 08 C 2853** |
| ) | **Judge Castillo** |
| OFFICER JERRY JELINEK, OFFICER ) | **Magistrate Judge Valdez** |
| JAMES CAMPBELL and the VILLAGE ) | |
| OF WILLOW SPRINGS, ) | Jury Demand |
| ) | |
| DEFENDANT. ) | |

### NOTICE OF FILING

TO:   Judge Ruben Castillo

   PLEASE TAKE NOTICE that on __July 18, 2008__ , I shall file with the Clerk of the United States District Court for the Northern District of Illinois, **Joint Initial Status Report**, a copy of which is hereby served upon you.


Dated: July 18, 2008

s/Michael Ettinger_____
MICHAEL ETTINGER, Attorney No.
Michael Ettinger
Ettinger, Besbekos & Schroeder
12413 S. Harlem Ave. , Suite 302
708-923-0368
708-9230386 (fax)
craignor@ix.netcom.com
One of the Attorneys for Plainitff


s/Jason Callicoat_____
Paul A Rettenberg Att. No.
Jason Calicoat
Querrey & Harrow, Ltd.
175West Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7000
One of the Atorneys for the Defendants

## CERTIFICATE OF SERVICE

The undersigned having been duly sworn under oath, states that they electronically filed a complete copy of the foregoing **Joint Initial Status Report** with the Clerk of the Court on July 18, 2008 using the CM/ECF system.

                    s/Michael Ettinger  
                    MICHAEL ETTINGER, Attorney No.  
                    Michael Ettinger  
                    Ettinger, Besbekos & Schroeder  
                    12413 S. Harlem Ave. , Suite 302  
                    708-923-0368  
                    708-9230386 (fax)  
                    craignor@ix.netcom.com  
                    One of the attorneys for Plainitff

                    s/Jason Callicoat  
                    Paul A Rettenberg  
                    Jason Calicoat  
                    Querrey & Harrow, Ltd.  
                    175West Jackson Blvd., Suite 1600  
                    Chicago, Illinois 60604  
                    (312) 540-7000

Document #: 1344177