UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Leland Sorenson
                      Plaintiff,

v.                                        Case No.: 1:08−cv−02853
                                                    Honorable Ruben Castillo

Jerry Jelinek, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/24/2008. Progress made toward settlement. Plaintiff's attorneys are authorized to proceed with the videotaped deposition of Lester Bily on an expedited basis. Defendants' counsel is requested to make a formal settlement offer to Plaintiff's counsel on or before 8/12/2008. The Court will hold a status hearing in open court on 8/21/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.