**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Leland Sorenson
                                    Plaintiff,
v.                                              Case No.: 1:08−cv−02853
                                                Honorable Ruben Castillo

Jerry Jelinek, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/21/2008 and continued to 10/7/208 at 9:45 a.m. The parties are directed to proceed with all discovery. All discovery should be completed on or before 1/30/2009. A firm trial date will be set at the next status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.