## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Leland Sorenson

                        Plaintiff,

v.                                          Case No.: 1:08–cv–02853
                                            Honorable Ruben Castillo

Jerry Jelinek, et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: August 21, 2008

                                            /s/ Ruben Castillo
                        _____

                                            United States District Judge